429 A.2d 92

Commonwealth v. Smith, Appellant.

Submitted November 16, 1979.
Richard C. DeRenzo, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J. and MONTGOMERY and LIPEZ, JJ.

Affirmed.